No. 450. BELDEN *v.* UNION CENTRAL LIFE INSURANCE Co.; and

No. 597. KOPLIN *v.* OHIO NATIONAL LIFE INSURANCE Co. November 13, 1944. *Per Curiam:* In each of these cases the motion to dismiss is granted and the appeal is dismissed for the reason that the judgment of the court below is based upon a non-federal ground adequate to support it. *Petrie* v. *Nampa & Meridian Irrigation District,* 248 U. S. 154, 158. *Messrs. Charles F. Schnee* and *Robert Guinther* for appellants. *Messrs. Frank F. Dinsmore* and *Virgil D. Parish* for appellee in No. 450. *Mr. Virgil D. Parish* for appellee in No. 597.